[No. 24518-7-III.   Division Three.   October 12, 2006.]

STEVEN R. STYREN ET AL., *Appellants,* v. LABOR READY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-03381-5, Robert D. Austin, J., entered August 26, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[Nos. 55105-1-I; 56257-6-I.   Division One.   October 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER B. ALDRICH, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE EVANS ROSS, JR., *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 03-1-05401-8 and 04-1-12775-7, Michael J. Fox, Terence Lukens, and Andrea A. Darvis, JJ., entered September 17, 2004, and June 3, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 55724-6-I.   Division One.   October 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. NICKOLAUS CYRIL DREGHORN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00882-1, George N. Bowden, J., entered January 14, 2005. *Reversed* by unpublished per curiam opinion.

[No. 55832-3-I.   Division One.   October 16, 2006.]

MARVIN MCPHEE, *as Personal Representative, Appellant,* v. FORD MOTOR COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-03741-7, Sharon S. Armstrong, J., entered February 3, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Baker, J.